**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JOHN MCCRAY** | **CIVIL ACTION NO. 23-0820** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **ALLAN CUPP** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, together with the written Objection [Doc. No. 12] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff John McCray's claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 22nd day of September 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE